No. 10, Original. ARIZONA v. CALIFORNIA ET AL. The petition for an order approving payment on account of an additional fee to the Special Master is granted and the parties are ordered to make additional payments totaling $50,000 to *Simon H. Rifkind, Esquire,* Special Master, on account of the fee to be awarded by this Court as compensation for his services as Special Master. Such payments are to be made in the following proportions: Arizona, 28%; California, 28%; United States, 28%; Nevada, 12%; New Mexico, 2%; and Utah, 2%.

The order is subject to any further award, allowance or division of costs or fees as this Court may deem proper. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.

On the petition were *Charles H. Reed* for the State of Arizona, plaintiff, *Northcutt Ely,* Assistant Attorney General, for the State of California et al., defendants, and *W. T. Mathews,* Special Assistant Attorney General, for the State of Nevada, *Paul L. Billhymer,* Assistant Attorney General, for the State of New Mexico, and *E. R. Callister,* Attorney General, for the State of Utah, interveners. *Solicitor General Rankin* for the United States, intervener.

No. 742, Misc. BERTONE v. TAYLOR, WARDEN. Motion for leave to file petition for writ of habeas corpus denied. *Horace S. King* for petitioner.

No. 565, Misc. McGRADY v. SMYTH, SUPERINTENDENT, VIRGINIA PENITENTIARY. Motion for leave to file petition for writ of habeas corpus denied. Treating the papers submitted as a petition for writ of certiorari, certiorari is denied. Petitioner *pro se. A. S. Harrison,* Attorney General of Virginia, and *Thomas M. Miller,* Assistant Attorney General, for respondent.